# Exhibit B

Approved, SCAO | | | 2nd copy Defendant

| STATE OF MICHIGAN 52-4 JUDICIAL DISTRICT | DEMAND AND ORDER FOR REMOVAL Small Claims | CASE NO. 13CO2245SC |
|---|---|---|

Court address: 520 W. Big Beaver, Troy MI 48084

Court telephone no.: 248-528-0400

**Plaintiff's name and address**
Edward Hurtwitz
2228 Rochester CT
Troy, MI 48083

☐ Personal service

v

**Defendant's name and address**
Second Round LP
4150 Freidrich LN
Austin, TX 78744

☐ Personal service

This demand is made by:  ☒ plaintiff   ☐ plaintiff's attorney   ☐ defendant   ☐ defendant's attorney

**DEMAND**

I demand that this case be removed from the small claims division to the general civil division of the court.

Date: 10/2/13

Signature of party demanding removal: Edward Hurtwitz
Name (type or print): Edward Hurtwitz
Address: 2228 Rochester CT
City, state, zip: Troy, MI 48083
Telephone no.: 248-266-8024

RECEIVED FOR FILING 2013 OCT -3 2:19
52-4 DISTRICT COURT TROY, MI

**ORDER**

IT IS ORDERED: This case is removed to the general civil division of the court for further proceedings. The defendant shall file a written answer and serve it within 14 days from the date of this order as provided in court rule.

Date: OCT 04 2013

Judge/Attorney/Magistrate

Bar no.: P31904

**CERTIFICATE OF MAILING**

I certify that on this date a copy of this demand and order was served on the parties indicated above by ordinary mail.

Date: OCT 04 2013

Court clerk: T. TARDUGNO